NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-3236

### SYLVIA M. REILLY,

Petitioner,

v.

### OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in
DE831E070359-I-1.

ON MOTION

Before PROST, Circuit Judge.

## ORDER

Sylvia M. Reilly moves without opposition for a 14-day extension of time, until February 11, 2009, to file her reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB 2 2009**

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2009

JAN HORBALY
CLERK

cc: Michael J. Dierberg, Esq.
    Brian Thomas Edmunds, Esq.